# United States District Court

~~FILED~~

JUN - 7 2006

**MIDDLE** _____ **DISTRICT OF** _____ **ALABAMA**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

MICHAEL WAYNE CATRETT

**WARRANT FOR ARREST**

**CASE NUMBER:** 1:06 mj 54- VPM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Michael Wayne Catrett _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally attempt to manufacture methamphetamine,
a Schedule II Controlled Substance,

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 846 & 841(a)(1) _____

VANZETTA PENN MCPHERSON
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

June 7, 2006   Montgomery, Alabama
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $_____ by _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest